162 F.3d 1152
 Stone Hedge Properties
v.
Phoenix Capital Corp., PNC Bank Corp., PNC Realty Holding
Co., Gerard W. Barousse, Robert A. Saer, Monarch Real Estate
Advisors, Inc., Oak Tree Capital Inc., R. Parker LeCorgne,
Dorothy Kenia, Daniel Kenia, Francis Kenia, Gerald Kenia,
Tony Kenia, Daniel Kenia, Jr.
 NO. 97-7473
 United States Court of Appeals,
Third Circuit.
 June 23, 1998
 Appeal From: M.D.Pa. ,No.95cv00506
 
 1
 Affirmed.